UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE CLARK, *et al.*,

    Plaintiffs,

v.

ANTHONY ABDALLAH, *et al.*,

    Defendants.

_____/

Case No. 22-mc-51299
Honorable Victoria A. Roberts

**<u>ORDER: (1) HOLDING NON-PARTY BEARIA STEWART
IN CIVIL CONTEMPT; AND (2) ISSUING AN ARREST WARRANT
DIRECTING THE UNITED STATES MARSHAL TO ARREST
BEARIA STEWART AND HOLD HER UNTIL SHE PURGES
HER CONTEMPT BY TESTIFYING AT A DEPOSITION</u>**

On July 20, 2022, the Court entered an order granting Anthony Abdallah and Kevin Smith's ("Defendants") motion for non-party Bearia Stewart ("Stewart") to show cause why she should not be held in contempt for failing to comply with a subpoena requiring her to testify at a deposition. [ECF No. 92].

The Court ordered Stewart to either: (1) appear before this Court in person on **August 9, 2022** at **11:30 a.m.** to show cause why she should not be held in contempt; or (2) comply with the subpoena now by appearing at a deposition and testifying before the August 9 hearing.  The Court

warned Stewart that it would hold her in contempt if she failed to appear in Court or appear for a deposition.

Defense counsel served Stewart with the order and scheduled a deposition for August 5, 2022.

The Court held the show cause hearing on August 9, 2022, as scheduled. Stewart failed to appear at the hearing and her deposition.

Accordingly, for the reasons stated on the record, the Court holds Bearia Stewart in civil contempt.

The Court issues an arrest warrant directing the United States Marshal to arrest Bearia Stewart and detain her until she complies with the Court's previous order and the subpoena requiring her to testify at a deposition. Once Stewart testifies at a deposition, she will no longer be in contempt and may be released.

**IT IS ORDERED**.

S/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  August 10, 2022